Attachment A

FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

APR 2 1 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

CAMERON JAVON JONES

_____

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

Civil Action No.: 3:20 cv 65
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

Officer L. McVickers; Officer Brown;

Officer Barbera; Lieutinant J. Seoul; Lieutinant Howell

Special Investigation Agent (Name Unknown); Captain (Name Unknown);

Warden Joe Coxley; Bureau of Prisons; United States of America

*Enter above the full name of defendant(s) in this action*

## I.      JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.     PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.      Name of Plaintiff: Cameron Javon Jones    Inmate No.: 12855-042
        Address: FCC; Allenwood USP; P.O. Box 3000;
        White Deer, PA. 17887

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.     Name of Defendant: _Officer L. McVickers_
       Position: _Officer_
       Place of Employment: _Hazelton, USP_
       Address: _P.O. Box 2000 / Bruceton Mills, WV, / 26525_

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?      ☑ Yes          ☐ No

       If your answer is "YES," briefly explain: _Officer L. McVickers, was_
       _An employee of the Federal Bureau of Prisons and was on duty_
       _when he violated my Civil Rights._

B.1    Name of Defendant: _Officer Brown_
       Position: _Officer_
       Place of Employment: _Hazelton, USP_
       Address: _P.O. Box 2000 / Bruekton Mills, WV, 26525_

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?      ☑ Yes          ☐ No

       If your answer is "YES," briefly explain: _Officer Brown, was An employee_
       _of the Federal Bureau of Prisons and was on duty when he_
       _violated my Civil Rights_

B.2    Name of Defendant: _Officer Barbera_
       Position: _Officer_
       Place of Employment: _Hazelton, USP_
       Address: _P.O. Box 2000 / Bruceton Mills, WV, 26525_

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?      ☑ Yes          ☐ No

---

**Attachment A**

If your answer is "YES," briefly explain: _Officer Barbera was an employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights._

B.3    Name of Defendant: _Lieutinant J. Seoul_
Position: _Lieutinant_
Place of Employment: _Hazelton, USP_
Address: _P.O. Box 2000 / Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _Lieutinant J. Seoul was an employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights_

B.4    Name of Defendant: _Lieutinant Howell_
Position: _Lieutinant / Special Investigation Services_
Place of Employment: _Hazelton, USP_
Address: _P.O. Box 2000 / Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _Lieutinant Howell was an employee of the Federal Bureau of Prisons and he was on duty during the period my Civil Rights was violated._

**Attachment A**

B.5    Name of Defendant: _Unknown_
Position: _Special Investigation Agent_
Place of Employment: _Hazelton, USP_
Address: _P.O. Box 2000 /Bruceton Mills, WV, 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: _He was an employee of the Office of Inspector General and was on duty during the period my civil rights was violated._

III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _FCC Allenwood, USP_

A.    Is this where the events concerning your complaint took place?
☐ Yes        ☑ No

If you answered "NO," where did the events occur?
_Hazelton, USP_

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☑ Yes         ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes        ☑ No

D.    If your answer is "NO," explain why not: _It was threatened by Officer L. McVickers that if I talked about what happen to me then it would happen again._

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

o.o.o Continuation of Defendants from Page 10 (ten)

B.6 Name of Defendant: UNKNOWN

Position: Captain

Place of Employment: Hazelton, USP

Address: P.O. Box 2000/Bruceton Mills, WV. 26525

Defendant was acting under the authority or color of federal state law at the times these claims occurred: He was an employee of the Federal Bureau of Prisons and was on duty during the period my Civil Rights was violated.

B.7 Name of Defendant: Joe Coxley

Position: Warden

Place of Employment: Hazelton, USP

Address: P.O. Box 2000/Bruceton Mills, WV. 26525

Defendant was acting under the authority or color of federal state law at the times. these claims occurred: He was an employee of the Federal Bureau of Prisons and was on duty during the period my Civil Rights was violated.

B.8 Name of Defendant: Federal Bureau of Prisons

Position: Agency that employed the defendants mentioned above.

Place of Employment: Department of Justice

Address: UNKNOWN

Defendant is the authority of the defendants, and their employee, that violated my Civil Rights.

B.9 Name of Defendant: United States of America

Position: The Government of All the defendants and plaintiff.

Defendant is the Government of the agencies that employed the defendants.

**Attachment A**

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _The matter was being investigated (Filed it at McCreary, USP)_

LEVEL 2 _The matter was investigated. (Filed it at McCreary, USP)_

LEVEL 3 _The officers were found innocent (Filed it at McCreary, USP)_

IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

   A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes        ☑ No

   B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

      1.    Parties to this previous lawsuit:

         Plaintiff(s):_____

         Defendant(s):_____

      2.    Court: _____
            *(If federal court, name the district; if state court, name the county)*

      3.    Case Number:_____

      4.    Basic Claim Made/Issues Raised: _____
            _____
            _____
            _____

      5.    Name of Judge(s) to whom case was assigned:
            _____

      6.    Disposition: _____
            *(For example, was the case dismissed?  Appealed?  Pending?)*

      7.    Approximate date of filing  lawsuit:_____

Attachment A

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
          ☐ Yes          ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
          ☐ Yes          ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

"Factual History of Events Out of Which My"
Statement of Claim Arised

1. Location: Hazelton, USP

2. Unit: Z (Special Housing Unit [hereafter: SHU]

3. Date: 6-8-2016 to 1-6-2017 (See: Notice to Court)

4.

5. I, Cameron Jones, am; and was at the time of these events; a Transgender

6. Female. I was taken to the SHU on 6-8-2016. I was placed in the holding cell, which is

7. in front of the officer's station, waiting to be processed. After standing on my feet for

8. approx. 45 minutes I sat down. Officer Bledsoe told me to stand back up, and I

9. complied. After standing for another hour, or so, my feet started hurting so I

10. sat down again. Officer Bledsoe came out of the officer's station with about five

11. more officers. One unknown officer stated, "You go learn today!" Another unknown

12. officer yelled, "Nigger!" They stripped searched me and made sexual comments

13. about my body when they made me bend over. Officer Bledsoe said, "I'm going

14. to put you in the cell with someone whose going to take that ass!" He put cuffs on

15. me so tight that my hands went numb and then twisted the cuffs until they cut

16. into my wrist. He told me that if I make a sound I was going to "eat the concrete."

17. They put me in the cell with a unknown inmate who raped me twice and then told

18. a Lieutinant that I couldn't be in the cell with him.

19. After I got out of the SHU I reported to SIS Lieutinant Howell that I was abused

20. by staff. I had a large knot on my left wrist from having the cuffs twisted on

21. my wrist. SIS Lieutinant Howell took pictures of my injury and called medical

22. to access the injury.

23. Dr. Fanning, Chief of Psychology, warned me that if I continue to talk

24. to the executive staff about the abuses I suffered in the SHU then he

25. would put me on "medical observation" and "force medicate" me. I completed

26. the Administrative Remedy Process against him, in which I complained of

Dr. Fanning's threat and asked to be protected from him.

I completed the Administrative Remedy Process, also, against the Abuses by the staff in the SHU. I asserted that I feared retaliation for reporting the Abuses and I asked to be protected from the officers in the complaint. I also asked to be protected from being placed in the SHU of Hazelton, USP, for fear of retaliation. I also asked to be transferred from Hazelton, USP, for fear of my life.

I recorded two phone calls with my family, which detail the above facts, and that I feared that my life was in jeopardy at Hazelton, USP.

Location: Hazelton, USP

Unit: Z (SHU)/Date: 1-11-2017 (See: Notice to Court)

I, Cameron Jones; a Transgender Female; was placed in the SHU without committing any prohibited Act on, 1-6-2017. I was placed in a cell with a unknown inmate. On 1-11-2017, the inmate complained to Lieutinant Vero that I couldn't stay in the cell with him because I'm a Transgender. Lieutinant Vero ordered Officer L. McVickers to place me in another cell. Officer L. McVickers and a unknown officer put me in the cell, on Range: 6, with an unknown inmate who is a active member of a gang known as "Bloods". It is known by the Bureau of Prisons that Bloods do not tolerate Gays or Transgenders. The inmate refused to allow the officers to remove his cuffs. The officers then entered the cell with the inmate and me and ordered him to let me stay in the cell. The inmate threatened to hurt me when the officers left. The officers told the inmate to do it when they take the cuffs off so they can see it. The gang member agreed to do so. The two officers then exited the cell and Officer L. McVickers stood in the door way to order the door shut. I turned to Officer L. McVickers and begged him not to let the inmate fight me. In that moment the

inmate pushed me into Officer L. McVickers. Officer L. McVickers cursed and pushed me in the cell off of the camera and threw me on the cell floor (My hands was cuffed behind my back the entire time!) Officer L. McVickers twisted my hands as if he was trying to break them. I cried, "He pushed me! He pushed me!" but he continued to assault me. He grabbed some of my hair and pulled it out and then he grabbed my head with both of his hands and beat it into the floor until I was semi-unconscious. Another unknown officer cuffed my ankles and they carried me in a room without a camera and pushed my face into the wall with my pants pulled down to my ankles. I started crying and I heard a unknown officer say, "I don't want to do this no more!" Another officer said, "It's too late, the camera coming!" they recorded me on camera crying with my pants pulled down to my ankles and the right side of my head swollen. I told them that the inmate pushed me into the Officer L. McVickers, but they didn't care. They put me in ambitory cuffs for twelve hours and then put me in the cell without a shower for a week.

SIS Lieutinant Howell interviewed me about the above incident and I told him what happened and that I needed to be protected from Officer L. McVickers. Lieutinant J. Seoul was present at this time.

Officer L. McVickers wrote a Incident Report against me for "Assault on Staff". The incident report was thrown out and Officer L. McVickers conspired against me with other SHU staff and retaliated against me on 1-23-2017.

## "Statement of Claim"

1. Location: Hazelton, USP

2. Unit: Z (Special Housing Unit[hereafter: SHU])

3. Range: 5/Cell #218

4. Date: 1-23-2017/Time: Approx. 2:00p.m. to 4:00p.m. (See: Notice to Court)

6. I, Cameron Jones, am; and was at the time; a Transgender Female. While I was asleep in my cell Officer Brown ordered me to submit to restraints and I complied. He then ordered the door open and Officer L. McVickers brought inmate Gerald Hernandez to the cell. Inmate Hernandez seen that I was a Black, Transgender Female and warned the officers that he could not be in the cell with me. Officer L. McVickers said, "You don't have a choice!" and pushed him in the cell with me. Officer L. McVickers and Officer Brown ordered the door shut and left the Range. Inmate Hernandez was a member of the gang known as "Surenos" (Surenos are a Spanish gang that is designated by the Bureau of Prisons[hereafter: B.O.P] as a "Destructive Group". Surenos are known, by the B.O.P, for their hatred for Gays, Transgenders, and Blacks.) Officer L. McVickers and Officer Brown knew that two Surenos was in a cell directly in front of my cell, on the other side of the Range, when they forced Hernandez in the cell with me. The two Surenos called Hernandez to the door and spoke to him in Spanish. Hernandez warned me that he was a Surenos and that if the officers didn't seperate us then he was going to hurt me. I pressed the duress button in the cell for fear of my life. Officer L. McVickers, Officer Brown, and Officer Barbera responded to the duress alarm. I informed them, "I am a Black, Transgender and he is a Surenos. If y'all don't seperate us then he's going to hurt me." Officer L. McVickers responded, "God Bless!" and then the three officers left the Range.

As soon as the officers shut the door Hernandez punched me in the face. The punch knocked me against the cell door. I pressed the duress alarm which was next to the door. I balled up against the door and begged Hernandez to stop. Hernandez cursed me while he punched me and kneed me in the head. I cried and screamed help with all my might, but no officer came to help. Hernandez continued to assault me violently and relentlessly for approximately thirty minutes. I screamed and cried for help the entire time. I know the officers heard me screaming because Officer L. McVickers stated in his report, "I heard loud screams coming from Range: 5..." After being assaulted for 30 minutes Officer L. McVickers entered Range: 5 and looked in my cell. Hernandez ran to the back of the cell and I told Officer L. McVickers, "He's beating me up!" Officer L. McVickers looked at my face which was black and swollen beyond recognition. I was bleeding, profusely, from my nose and mouth. My shirt was saturated with my blood. Officer L. McVickers frowned at me and walked away. He then made a casual, routine round on the Range as if everything was normal. (A "Round" is when a officer routinely walks around the entire Range and looks in cells for security purposes and inmate safety.) When Officer L. McVickers left my door and made his round on Range: 5, Hernandez commenced again with his assault on me. That's when I thought I was going to die. I screamed and cried for Officer L. McVickers to help me as Hernandez cursed and assaulted me, yet Officer L. McVickers ignored my screams and continued to make his round as if he didn't hear me screaming. Officer L. McVickers walked off the Range and called for assistance. Officer L. McVickers, Officer Brown, and Officer Barbera approached the cell and opened the door slot. Officer L. McVickers yelled, "Cuff up!" As I stood to submit to cuffs Officer L. McVickers, instead of cuffing me, aimed his can of $CO_2$ at me and sprayed me in the back with the $CO_2$. I ran from it as the

stream of $CO_2$ was hitting me in the back. He closed the door slot while we checked. He opened the tray slot again and aimed the can of $CO_2$ at me and sprayed it directly and only on me and then shut the tray slot again. Officer L. McVickers opened the tray slot again and allowed us to cuff up. The officers pulled us out of the cell and put us in a cage until medical came. Officer Brown smiled at me and stated, "You're pretty now." He then took digital pictures of me. Officer L. McVickers warned that if I talk about what happened then it would happen again.

Lieutinant J. Seoul was the SHU Lieutinant and he was present during the incident. He conspired with his staff against me. He did not help me or stop the assault on me by inmate Hernandez. The SHU staff seperated me from inmate Hernandez and placed me back in the same cell that was filled with $CO_2$. The SHU staff left me in the same clothes that was saturated with my blood and filled with $CO_2$. For two weeks the SHU staff left me without a change of clothes.

I showed the bloody and $CO_2$ filled shirt to A.W. Keys, twice in a period of two weeks. I also showed my Unit Manager Ms. Langdon; and to SIS Lieutinant Howell. I begged SIS Lieutinant Howell, once again, to seperate me from Officer L. McVickers. Yet noone helped me.

# "Specific Conduct of Civil Rights Violation"

#1. Officer L. McVickers

(1) Conspired to, and did, put my life in danger by forcing inmate Gerald Hernandez, a Surenos, in the cell with me, Cameron Jones, a Black, Transgender Female. (2) He knew, or should have known, that Gerald Hernandez was a Surenos and that Surenos hate Blacks and Transgenders. (3) He ignored Hernandez warning against being in the cell with me. (4) He ignored me when I told him that Hernandez was going to hurt me if he didn't seperate us. (5) He ignored the duress alarm and my screams for help for approximately thirty minutes. (6) He ignored my immediate need for medical attention and my immediate need to be seperated from Gerald Hernandez when he looked in the cell and seen that I was severely injured. (7) He ignored me being assaulted by Hernandez and my screams for help while he made a routine round on Range 5. (8) He neglected to press his body alarm which is protocol when a officer witness an assault. (9) He inhumanely sprayed me with $CO_2$ without allowing me to cuff up. (10) He placed me back in the same cell that was filled with $CO_2$ and with the same clothes that was sprayed with $CO_2$ and that was bloody. (11) He threatened that if I reported what happened then it would happen again.

#2. Officer Brown:

(1) Conspired to, and did, put my life in jeopardy by forcing inmate Gerald Hernandez, a Surenos, in the cell with me, Cameron Jones, a Black, Transgender Female. (2) He knew, or should have known, that Hernandez was a Surenos and that Surenos hate Blacks and Transgenders. (3) He ignored Hernandez warning against being in the cell with me. (4) He ignored me when I told him that Hernandez was going to hurt me if he didn't seperate us. (5) He ignored the duress alarm and my screams for help for approximately thirty minutes (6) He neglected to press his body alarm which is protocol when a

officer hear an assault. (7) He placed me back in the same cell that was filled with $CO_2$ and with the same clothes that was sprayed with $CO_2$ and that was bloody.

#3 Officer Barbera:

(1) Conspired to, and did, put my life in jeopardy when he ignored me when I told him that Hernandez was going to hurt me if he didn't seperate us. (2) He knew, or should have known, that Hernandez was a Surenos and that Surenos hate Blacks and Transgenders. (3) He ignored the duress alarm and my screams for help for approximately 30 minutes. (4) He neglected to press his body alarm which is protocol when a officer hear an assault. (5) He placed me back in the same cell that was filled with $CO_2$ and in the same clothes that was sprayed with $CO_2$ and bloody.

#4 Lieutinant J. Seoul:

(1) Conspired to, and did, put my life in jeopardy when he did not stop his officers from putting Hernandez in the cell with me (2) He knew, or should have known, that Hernandez was a Surenos and that Surenos hate Blacks and Transgenders (3) He ignored the duress alarm and my screams for help for approximately thirty minutes. (4) He neglected to press his body alarm which is protocol when a officer hear an assault. (5) He knew, or should have known, that his officers were putting my life in jeopardy.

#5 Lieutinant Howell:

(1) He ignored my request and need to be protected and seperated from Officer L. McVickers, before and after the violation of my Civil Rights on, 1-23-2017. (2) Failed to report the conduct of the defendants who violated my Civil Rights to the necessary agents and agencies, as is encumbent of the Special Investigation Services (SIS); which was his position

#6 Special Investigation Agent (S.I.A) [Name Unknown] See: Notice to Court:

(1) Failed to investigate the conduct of the defendants who violated my Civil Rights on, 1-23-2017, which is encombent of the S.I.A, who is an agent of the Office of Inspector General (2) Failed to report it to the necessary agents and agencies.

#7 Captain [Name Unknown] See: Notice to Court.

(1) He failed to train his staff properly, in relation to Transgenders; and to ensure that his officers were competent; and that they knew and followed policy; which resulted in my Civil Rights being violated, by said defendants, on; 1-23-2017.

#8 Warden Joe Coxley:

(1) Failed to ensure that he had competent staff and that they knew and followed policy, which resulted in my Civil Rights being violated by the said defendants on, 1-23-2017. (2) Failed to protect me from retaliation from his staff after I informed him of the threat thereof through the Administrative Remedy: BP-9; which resulted in my Civil Rights being violated, by said defendants, on; 1-23-2017.

#9 Bureau of Prisons (B.O.P)

(1) Failed to ensure that Hazelton, USP; North Eastern Regional Office; and Central Office responded properly to my Administrative Remedies: BP-9; BP-10; and BP-11. In which I informed them of threats of staff retaliation and my need to be transferred from Hazelton, USP to protect me from staff retaliation. Their incompetence resulted in my Civil Rights being violated, by said defendants, on; 1-23-2017.

#10 United States of America (USA)

(1) Failed to ensure the compentency of it's agencies and the agents of these agencies, named as defendants in the complaint, which resulted in my Civil Rights being violated; by said defendants; on, 1-23-2017

## "Injuries"

1. Physical Injuries:

(1) I was violently beaten, beyond recognition, by inmate Gerald Hernandez for approximately thirty minutes (2) One of my teeth was chipped as result of Hernandez's assault. (3) My points was raised as a result of Officer L. McVickers falsifing an incident report against me. This stopped me from getting transferred to a Medium Security prison, which is less violent and safer for a Transgender Female. (4) I've been housed in a High Security prison, ever since, where I've been assaulted on numerous occassions; I've been the victim of rape; I've been the victim of sexual assaults and sexual harrassment; I've had my life threatened by an inmate with a knife; I've spent a total of twenty-five months in the SHU; and I've attempted suicide twice. All which would not, likely, have happened at a Medium Security prison

Psychological Injuries:

(1) I now suffer from severe anxiety and depression. (2) I now have severe paranoia of being assigned to a cell with a male inmate, for fear of being sexually assaulted or just plain assaulted. (3) I now suffer from suicidal thoughts.

## "Relief"

I, pray this Honorable Court to reward me Compensentory Damages; Punitive Damages; and any and all, damages that I may be entitled to

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _FCC Allenwood, USP_  on _5/16/2020_ .
                 (Location)                            (Date)


Your Signature