Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUL  8 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV  25401

_Cameron Jones_

_____

_Your full name_

v.

_See Supplement to this page._

_There is not enough room to write all_

_14 defendants and the jurisdictional_

_authorities._

_Enter above the full name of defendant(s) in this action_

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
(*BIVENS* ACTION)

Civil Action No.: _3:20cv65_
_(To be assigned by the Clerk of Court)_

I.      JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.     PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.      Name of Plaintiff: _Cameron Jones_      Inmate No.: _12855-042_
        Address: _FCC Allenwood, USP / P.O. Box 3000 /_
                 _White Deer, PA. 17887_

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.    Name of Defendant: _Officer L. McVickers_

Position: _Correctional Officer_

Place of Employment: _Hazelton, USP_

Address: _P.O. Box 2000 / Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _He was a employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights._

B.1    Name of Defendant: _Officer Brown_

Position: _Correctional Officer_

Place of Employment: _Hazelton, USP_

Address: _P.O. Box 2000 / Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _He was a employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights._

B.2    Name of Defendant: _Officer Barber_

Position: _Correctional Officer_

Place of Employment: _Hazelton, USP_

Address: _P.O. Box 2000 / Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes    ☐ No

Attachment A

If your answer is "YES," briefly explain: _He was a employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights._

B.3    Name of Defendant: _Officer Bledsoe_
Position: _Correctional Officer_
Place of Employment: _Hazelton, USP_
Address: _P.O. Box 2000/Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _He was a employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights_

B.4    Name of Defendant: _Officer Pearce_
Position: _Correctional Officer_
Place of Employment: _Hazelton, USP_
Address: _P.O. Box 2000/Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _He was a employee of the Federal Bureau of Prisons and was on duty when he violated my Civil Rights._

Attachment A

B.5    Name of Defendant: _Officer HAViscA/_

Position: _Correction Officer_

Place of Employment: _HAzelton, USP_

Address: _P.O. Box 2000/ Bruceton Mills, WV. 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes          ☐ No

If your answer is "YES," briefly explain: _He wAs A employee of the Federal Bureau of Prisons And wAs on duty when he violated my Civil Rights._

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _FCC Allenwood, USP_

A.    Is this where the events concerning your complaint took place?
         ☐ Yes       ☑ No

If you answered "NO," where did the events occur?
_HAzelton, USP_

B.    Is there a prisoner grievance procedure in the institution where the events occurred?       ☑ Yes          ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
         ☑ Yes       ☐ No

D.    If your answer is "NO," explain why not: _____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _866952-F1 / 913086-F1_

LEVEL 2 _866952-R1 / 913086-R1_

LEVEL 3 _866952-A1 / 913086-A1 (No Response)_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    □ Yes    ☑ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _Not Applicable (HereAfter: N/A)_

Defendant(s): _____

2.    Court: _N/A_
        *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _N/A_

4.    Basic Claim Made/Issues Raised: _N/A_
        _____
        _____
        _____

5.    Name of Judge(s) to whom case was assigned:
        _N/A_

6.    Disposition: _N/A_
        *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit: _N/A_

**Attachment A**

8.    Approximate date of disposition. Attach Copies:____*N/A*____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

    ☐ Yes    ☐ No    *N/A*

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____*N/A*_____

E.    Did you exhaust available administrative remedies?

    ☐ Yes    ☐ No    *N/A*

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____*N/A*_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit: *N/A*

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.   Name and location of court and case number:

_____ *N/A* _____

_____

_____

3.   Grounds for dismissal:   ☐ frivolous   ☐ malicious   *N/A*
     ☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____ *N/A* _____

5.   Approximate date of disposition: _____ *N/A* _____

## V.   STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the* facts *of your case.   Describe what* each *defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places.   Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.   NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: _____ *See Supplement for details; Pages Numbered: 1-8* _____

_____

_____

_____

_____

Supporting Facts: _____

---

*United States District Court*          *13*          *Northern District of West Virginia-2013*

**Attachment A**

CLAIM 2: _____ *See Supplement for details* _____

Supporting Facts: _____

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

_____ *See Supplement for details: Pages*

_____ *Numbered: 9*

_____

_____

_____

_____

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

_____ *See Supplement for details: Pages*

_____ *Numbered: 10-12*

_____

_____

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCC Allenwood, USP_____ on ___7-2-2020_____.
          (Location)                      (Date)


_____
Your Signature