In The United States District Court
For The Northern District Of West Virginia
Martinsburg

FILED
JUL 02 2021
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Cameron Jones
    Plaintiff,

V.     Civil Action No. 3:20cv65

Officer L. McVickers, et. Al
    Defendants.

Motion To Hold
Civil Action No. 3:20cv65
<u>In Abbeyance</u>

Plaintiff, Cameron Jones, prays this honorable Court to grant this "Motion To Hold Civil Action No. 3:20cv 65 In Abbeyance". The plaintiff list the following in support:

#1) The plaintiff's mental health has deteriorated, consequentially, from the actions of the defendants in the above action. My mental health care level has

been upgraded to Care Level 3 from Care Level 2. There are four mental health Care Levels and Care Level 4 is the most severe.

#2) The plaintiff attempted suicide, for the third time, on February 26, 2021, consequentially, from the actions of the defendants in this action. The civil action number is given above.

#3) The plaintiff has been placed in the Stages Program, a intervenient program in the Federal Bureau of Prisons (FBOP) designed for inmates who are suicidal and have attempted suicide. It's also designed for inmates who inflict severe harm to

(Page: 2)

themselves. (See Exhibit: 1)

#4) The Stages Program is a residential program that is intensive and requires the plaintiff's complete focus to complete.

#5) The plaintiff is not competent, at this time, to prosecute this civil action, which is given above.

Due to the above given facts, and exhibit, I pray that this honorable Court grant this 'Motion To Hold Civil Action No.: 3:20cv65 In Abeyance'.

### Prejudice

The prejudice that will result if this Court

(page: 3)

fail to grant this motion will be irreparable.

The plaintiff will not be able to prosecute her civil action, and it will tip the scale of justice in the defendant's favor.

## Declaration

The plaintiff, in the above action, declares with the penalty of perjury that she is the one whose signature is below, that she has read the above motion and that the information contained in the motion is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at: FCC Terre Haute, FCI on 6-28-2021
     (Location)             (Date)

Cameron Jones, Reg. #12855-042

In The United States District Court
For The Northern District Of West Virginia
Martinsburg


Cameron Jones
      Plaintiff,

V.                      Civil Action No.: 3:20cv65

Officer L. McVickers, ET. AL
      Defendants.

## Certificate of Service

The plaintiff, Cameron Jones, placed the foregoing "Motion To Hold Civil Action No.: 3:20cv65 In Abeyance" in the prison's legal mail system to be placed in the U.S. Postal Service, postage prepaid, on 6-28-2021. To be served on the defendants and their counsel(s).

FCC Terre Haute, FCC     on  6-28-2021
(Location)                   (Date)

Cameron Jones, Reg. #12855-042